UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ZVJEZDANA SPASOJEVIC,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　CASE NO.: 8:14-cv-2607-T-23TGW

WELLS FARGO BANK, N.A.,

    Defendant.
_____/

## **ORDER**

In accord with the plaintiff's notice (Doc. 5), this action is **DISMISSED WITH PREJUDICE**. The clerk is directed to terminate any pending motion and to close the case.

ORDERED in Tampa, Florida, on November 10, 2014.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE